No. 11–7913. WADE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7915. TROUGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–7919. WEBB v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–7924. JORDAN v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 11–7934. McCALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 11–7935. MUSSO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 11–7937. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–7941. JAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–7954. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–48. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. KINDLER. C. A. 3d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition. 

No. 11–461. KOWALSKI v. BERKELEY COUNTY SCHOOLS ET AL. C. A. 4th Cir. Motions of Marion B. Bechner First Amendment Project, the Alliance Defense Fund et al., and The Rutherford Institute for leave to file briefs as amici curiae granted. Certiorari denied.